# EXHIBIT 1

**Enterprise Cybersecurity**                                    Cybersecurity.fmr.com

# Global Policy on Information Protection
## Securing Private and Proprietary Information (SP2I)

Origin Date: 1998

Associates are responsible for properly classifying, labeling, handling, and disposing of all Fidelity information that are used and encountered. All Fidelity information must be classified, labeled, handled, and disposed of in accordance with this policy.

### Purpose and Scope

To establish the requirements for classifying, labeling, handling, and disposing of Fidelity information. This policy applies to all regular full-time, regular part-time or temporary employees of Fidelity Investments globally.

**Information Classification Levels**

*Information Classification levels are based on the risks to business operations and business reputation and the potential for financial losses to Fidelity, associates and customers.*

### Classifying Information:

#### Properly classify all Fidelity information that is under your control

You are responsible for classifying all Fidelity information you use or encounter. Even if the document is already labeled, if you are actively using the document, you are responsible for ensuring that the classification is correct.

All Fidelity information must be assigned one of the four basic classifications described below. For examples of each classification, see the *SP2I Quick Reference Card.* The four classifications and their main characteristics are Fidelity Public, Internal, Confidential and Highly Confidential Information.

#### Fidelity Public Information ("Public")

- intended for general circulation inside and outside Fidelity
- public circulation would not expose Fidelity to any reputational risk, financial loss, or competitive disadvantage

Items classified as Public do not require a SP2I label (although they can be labeled if desired) and they do not require any special handling, but you must get approval before classifying any information as Public.

The methods for getting this approval are as follows:

- for marketing materials and items distributed to customers, use the  process approved for your business unit (such as eReview)
- for presentations, publications, and speeches, consult the *External Communications Policy* and for all other items, contact *Corporate Legal*

#### Fidelity Internal Information ("Internal")

- intended for relatively unrestricted circulation inside Fidelity during the normal course of business, including, as appropriate, consultants, vendors, or temporary workers
- unauthorized access, disclosure, use or tampering could have a **minor** adverse effect on the confidentiality or integrity of the information, or could otherwise cause **minor** impact to Fidelity, Fidelity associates or customers

#### Fidelity Confidential Information ("Confidential")

- intended only for those individuals and groups with a business "need to know"
- unauthorized access, disclosure, use or tampering could have a **moderate** adverse effect on the confidentiality and integrity of the information, or could otherwise cause **moderate** impact to Fidelity, Fidelity associates or customers

### Fidelity Highly Confidential Information ("Highly Confidential")

- intended **only** for those individuals and groups with a business "need to know"

- unauthorized access, disclosure, use or tampering could have a **serious** adverse effect on the confidentiality and integrity of the information or could otherwise cause **serious** impact to Fidelity, Fidelity associates or customers

Within the Highly Confidential category, some types of information require more protective measures than others. See page 4 and the SP₂I Quick Reference Card for more information.

### Changes of classification

Information may sometimes need to be reclassified. A common example is a new product announcement, which may be classified as Highly Confidential prior to release but then becomes Public upon release. Other information may have a similar "lifecycle" or change in status that warrants reclassification.

Before reclassifying any information to a less restrictive classification, be sure you have the authorization of the information owner. In addition, before reclassifying anything as Public, obtain all necessary approvals as described in this policy.

## Labeling Fidelity Information:

### Properly label all non-public Fidelity information that is under your control

Proper labeling includes using the full label text for the appropriate category. These labels are:

- "Fidelity Internal Information"
- "Fidelity Confidential Information"
- "Fidelity Highly Confidential Information"

If you are in doubt as to the correct label text to use, contact your ISO.

Except as noted, **all** forms of non-public Fidelity information must be clearly labeled with a SP₂I classification, as follows:

### Forms and Documents *(whether in hard copy or electronic form)*

Frequency: every page or slide, including cover/title page

Preferred location: header or footer

Forms should be labeled according to the contents the form will contain after it is filled in.

### Web pages

Frequency: every page, including home page

Preferred location: header or footer

### Exceptions

No classification label is required on the following:

- materials approved for classification as Public

- materials intended for end customer use (such as account statements)

- compiled software provided for customer use, such as mobile applications and other client-side programs

- participant reports and other client data requested by clients or intended for their use; however, alternative labeling may be required if a client has requested it

- materials received from end customers

- materials created prior to the publication of this policy and not subsequently revised (note that future revisions of such documents must be labeled according to the version of the policy that is in effect at the time)

- vendor or other third-party information already labeled by the vendor or other source

- information stored or handled by legacy applications and systems that lack the capacity for SP₂I labeling

### Additional labeling for legally privileged communications

Any print and electronic materials with information that may be protected by the attorney-client privilege must be labeled "Attorney-Client Communication." This label is in addition to the SP₂I classification label.

### Mixed classifications

Whenever information of different classifications is combined, the resulting materials must be classified and handled according to the most restricted information.

### Unlabeled information

If you encounter Fidelity information that appears to require a SP₂I label but does not have one, add the correct SP₂I label or contact the information owner and request them to do so.[1]

---

[1] Any Fidelity company that is not known to a customer as "Fidelity" (for example Devonshire Investors) may substitute its company name in place of Fidelity in the label.

## Handling Fidelity Information

The proper handling of information depends on the information's classification and labeling. The rules below outline both general and specific methods for using, storing, and transmitting information. Rules in this section that apply only to Confidential and Highly Confidential Information are identified.

### Take precautions to avoid unauthorized disclosure of information

With every classification of Fidelity information except Public, follow these precautions:

**Keep discussions behind closed doors whenever possible.**

Use caution when discussing information in public places where you may be overheard, such as restaurants or elevators. Be aware of who is within earshot when you talk on the phone. Bear in mind that unauthorized listeners may be present at any given time, even in an office environment.

Erase whiteboards of Fidelity information when leaving conference rooms or open spaces.

**Limit distribution to those who "need to know."**

Keep access and distribution to the smallest set of recipients that is possible without eliminating any necessary or appropriate recipients. Review addressees (both on e-mail and physical mail) with this in mind prior to distributing information. The more sensitive the information, the more restricted the distribution list should be.

**Outside Fidelity, share information with qualified parties only.** Before you give a vendor or other external party access to any non-public Fidelity information, be sure that they are restricted from disclosing this information by a non-disclosure agreement (NDA), contract, or other obligation. An NDA is required if sharing data for contract negotiation purposes, proof of concept demonstrations based on a request for proposal (RFP), source code sharing in support of pilot projects, and pre-contract due diligence reviews. If a vendor will have access to personal information, you must make sure that a Fidelity Vendor Technical Risk (VTR) review has been performed, and that the vendor has a contract (not just an NDA) in place with appropriate confidentiality and data security obligations

listed. See the *Corporate Policy on Vendor Privacy Oversight*

- **Be careful when printing or copying.** Use one of the following: internal printer, approved print service (internal or external), or personally supervised printing on any other type of printer (such as at home or while traveling). Don't let sensitive information lie unattended in fax machine, printer, or copier trays. Take all originals and securely dispose of any unwanted copies
- **Never share your passwords:** Do not tell anyone else your passwords, and never store passwords (on paper or electronically) where someone else could find and use them.
- **Be mindful of information visible or audible within digital files** (e.g. photos, videos, sound files). You must handle and store digital files according to the classification requirements of any visible or audible non-public information.

### Protect Information on removable media and mobile devices

Employees who use removable media (such as CDs and USB memory sticks) or mobile devices (such as laptops, tablets and smartphones) are responsible for the security of the Fidelity information contained on them. In accordance with the Electronics Communications, Social Media and Systems Usage Policy, make these steps part of your routine.

- Keep all removable media and mobile devices securely in hand or within sight at all times while traveling, or at any other time when they cannot be physically secured. Never put them in luggage that is being checked.
- When not in active use or transport, secure removable media and mobile devices in a locked compartment or office, or tethered with an approved security cable.
- Save non-public Fidelity information only to approved removable media and mobile devices in accordance with the Electronic Communications, Social Media and Systems Usage Policy and business unit specific policies.

*What is removable media?*
Includes but is not limited to:
CDs, DVDs
Tapes
Discs
Hard drives
Thumb Drives
USB memory sticks
External hard drives

*What is a mobile device?*
Includes but is not limited to:
Laptop
Blackberry
Tablet
Smartphone
Pager

---

**Notes:**

(1) The requirement regarding being bound by an NDA, contract, or other obligation of confidentiality may not apply in certain cases

(a) if Fidelity is legally obligated to provide non-public Fidelity information to an external party –in these situations, consult with Legal

(b) for Corporate Policies and similar non-public Fidelity information, if reasonable assurance exists that the recipient will restrict distribution to those with a business – related or legal "need to know" (e.g. applicable corporate policies may be provided in response to a request from a former employee, or requests from or proposals to business partners, clients, or prospects). Contact HR Solutions/Employee Relations at (800) 835-5099, Option 2 for questions on external party access to Corporate Policies. Contact Procurement for non-disclosure agreements (NDA) and questions on external party access for business purposes at *http://spendsmart.fmr.com*

---

## Storing, Transporting, and Transmitting Fidelity Information

### Store and transport information securely
For *Confidential* and Highly *Confidential Only*
**Required:**

- **Printed Materials:** Store all hard copies in a locked office, locked filing cabinet, or other secured facility that is accessible only to authorized individuals. Highly Confidential Information must remain within Fidelity premises unless there is a specific business reason for copies to be taken outside Fidelity.
- **Electronic Data:** Information stored electronically on websites (such as Ribbit and Fidelity Central), file servers or services such as EDMS and SharePoint must be protected by access controls.
- When transporting these files electronically, you must use a Fidelity approved and encrypted mobile device or removable media

### Transmit Information Securely
Encrypt Fidelity information where required. Consider encrypting when it is reasonable and prudent to do so

**Required:** Where a technology solution has been determined to be effective and appropriate by a business unit, you must encrypt

- PINs and passwords you transmit or store
- Confidential or Highly Confidential Information stored on removable media
- Confidential or Highly Confidential Information transmitted outside the Fidelity network via e-mail or other methods
- Fidelity employee compensation and performance data transmitted within Fidelity or externally, via email or other methods

You must only use a Fidelity-approved encryption method to provide appropriate data protection and recoverability of Fidelity information.

Refer to the encryption information on the SP$_2$I website or consult with your business unit's ISO for current supported e-mail and file encryption tools. For system-to-system communications, data storage, and password administration, system administrators should consult the applicable technology directives for requirements, protocols and procedures in the *Information Security Policies and Controls System*.

**Recommended:** Where a technology solution has been determined to be effective and appropriate by a business unit, it is recommended that you encrypt all e-mail and file transmissions of Confidential and Highly Confidential Information inside the Fidelity network.

### Notify your ISO or Corporate Security of any known or suspected loss or disclosure of information

This includes any cases of access by unauthorized parties as well as any circumstances that might have allowed such access. Examples include sending an unencrypted e-mail containing Confidential or Highly Confidential Information, or sending an e-mail to an incorrect recipient. Be sure to report any incidents immediately.

### Take additional precautions when working outside the office

When working at home or any other remote location, safeguard Fidelity information and media as carefully as you would in the office or when traveling. Make sure no one else in your location can access any non-public Fidelity information. Note that storing printed non-public Fidelity information in a home office or other remote location is not recommended. Save non-public Fidelity information only to approved media, devices and systems in accordance with the Electronic Communications, Social Media and Systems usage Policy.

Local Administrator rights on Fidelity devices and systems are restricted to reduce the likelihood of introducing viruses or malware to the Fidelity network. Downloading software and adding printers or other peripheral devices outside the office must be coordinated with Techworks or local IT contact.

## SP2I Workspace Reviews

To monitor compliance with this policy, periodic workspace reviews are required. If conditions in your workplace are not in compliance, you may receive a violation notice. Most violations involve common oversights: customer information left unattended, visible and not secured on a desk, a password left exposed, or confidential information stored in unlocked drawers or overheads . You can generally avoid a violation notice by taking a look around your workspace for potential violations every day before you leave.

### Security measures concerning financial statements

Financial statements concerning FMR LLC or any of its subsidiaries or Business Units cannot be released to any person or entity outside Fidelity without prior   approval of the Chief Accounting Officer and  Deputy General Counsel. See the *Procedures for Release of Financial Statements* for detail.

### Security measures concerning personal information

Fidelity employees have a duty to protect *personal information.* For the purposes of this policy, personal information is considered Highly Confidential Information. This includes lists containing customer information.  Exceptions to some handling requirements for personal information may be warranted by context or circumstances. Consult with the information owner, your manager and *Information Security Office* for guidance about appropriate handling, disposal, and other controls.  Use sound judgment and assess risk when working with personal information.

Business contact information for Fidelity employees that is made generally available to Fidelity employees, such as through Fidelity's employee directory, is considered to be internal information. For a description of which personal information of employees can be considered as "Internal Information", please refer to the *Employee Personal Information Notice & Privacy  Policy.*

Additional legal requirements may apply to personal information transmitted to or from other countries or global regions (such as the European Union).   Check with Compliance or Corporate Legal.

Logging and masking may be required for personal information before use in a test environment; see the *Database  Policy.*

## Disposing of Fidelity Information

Dispose of Information using the method
indicated for the type of information

Disposal of Fidelity Information must occur at the right time and
be done in the right way. Whenever you dispose of any Fidelity
information, you must consider the following:

- the applicable records retention requirements

- whether it is subject to a legal hold (note that documents
  subject to a legal hold must not be altered or destroyed)

- the SP2I classification

- the type of media or device involved

- any business-unit specific processes

The instructions below show how to dispose of each type of
media, including any requirements for different SP2I
categories. For more detailed instructions and for information
on bulk disposal or what to do when a prescribed method is
unavailable, see the Disposal information on the SP2I
website.

### Paper

Any information, regardless of SP2I label, can be placed in a
locked Fidelity recycling container.

Confidential and Internal Information can also be left in
desk-side recycling containers (where available).

Highly Confidential Information must either be placed in a
locked Fidelity recycling container or personally shredded
(meaning that you do it yourself) using an approved shredder.
This is an option for other information as well if the methods
described above are not available to you.

There are no disposal requirements for Public Information or
non-business materials.

### Electronic devices

Any Fidelity-issued electronic device must be returned to
Fidelity. However, each type of electronic device
(including BlackBerrys, cell phones, tablets, servers,
laptops, and desktop computers) has a specific disposal
protocol. For details on these protocols, consult the
Disposal instructions on the SP2I website.

You must make all reasonable efforts to confirm when
feasible that no non-public Fidelity information or
software is stored on a personal device before any
repair service or any device transfer, including sale of
the device. Non-public Fidelity software could include
business-specific applications or mobile device
management software required for security (such as
Good Mobile Messaging or Mobile Iron). If you are
unable to remove the software yourself, contact
Corporate Security to perform a remote wipe of the
software from the device.

### All other removable media (such as Tapes, DVDs/CDs and USB Memory Sticks)

All removable media that contain Fidelity Highly Confidential,
Confidential, or Internal information are required to be turned in
to Security.

### Recycling and Security

Although they are primarily identified as recycling
bins, the large, locked bins located in Fidelity offices
are highly secure. All contents are destroyed
beyond reconstruction at a secure site, then
recycled.

Contents of small desk-side recycling baskets are
treated similarly; the main difference is that the baskets
are not locked, and are therefore inappropriate for
Highly Confidential Information.

### Records Management and Disposal

Before disposing of any records, consider the following:

Have you received a legal hold notice about these records?

Are they original copies of official records? If so, they can
only be disposed of on ce they are past their retention
date, as long as there is no legal hold in place.

## Key Terms

**For purposes of this policy, the following key term have definitions set forth below:**

**Fidelity Information:** Any information created, controlled, or used by Fidelity for business purposes. This includes customer, vendor, and other third-party information.

**Non-business information:** Information that does not concern Fidelity business in any way (such as an e-mail to a family member about child care arrangements) is considered non-business information. This information falls outside the SP$_2$I and does not need to be labeled.

**Personal Information:** Any information, or combination of information, collected or maintained by Fidelity for its business purposes, by which a particular individual can be identified or that would allow a person to access or use an individual's financial or benefits accounts, or health or compensation information.

## Responsibilities

### Managers

#### Communicate, support, and help enforce the policy

Managers are responsible for understanding this policy and for helping to communicate and enforce its terms. Managers should contact HR Solutions (or their local equivalent) to determine how best to address violations.

#### Take responsibility for proper handling of information by departing employees

Whenever an employee terminates, transfers, or relocates, his or her manager is responsible for ensuring that the employee disposes of all documents and materials in accordance with this policy and for leaving the workspace ready for the next occupant. Any tasks left undone by the departing employee are the manager's responsibility to rectify.

### Information Security Offices
#### Interpret and administer the policy at the business unit level

Information Security Offices are responsible for translating the policy into specific controls that are appropriate and effective for their respective business units.

#### Support implementation by the business units

Information Security Offices are responsible for helping their assigned business units implement enterprise security programs related to this policy. They also are expected to provide guidance and assistance to individual employees around policy comprehension and compliance.

### Information Owners

#### Periodically review data classifications

Information and application owners should periodically review the risk classifications of the resources for which they are responsible, to ensure that the assigned classification levels are still appropriate.

The roles and responsibilities of information owners may be delegated; however, accountability remains with the Information Owner. The responsibilities of information owners include, but are not limited to:

- mandating the implementation of information security policies and controls
- authorizing and periodically reviewing access entitlements
- ensuring the resolution of information security-related audit issues
- delegating authority as required within their business area to complete tasks
- periodically reviewing the information classifications of resources under their control
- maintaining an inventory of information resources (i.e., data, hardware and software) under their control

### Third Party and Employee Responsibilities

The requirements set forth in sections titled Handling Fidelity Information, Labeling Fidelity Information, Storing, Transporting, and Transmitting Fidelity Information, and Disposing of Fidelity Information in this policy apply to those *independent contractors* that have access to Fidelity premises, systems, or information onsite and off premises. Relevant requirements should be included in the contracts with those independent contractors. Fidelity employees are responsible for ensuring independent contractors adequately protect Fidelity information.

## Web Resources and Contacts

### Web Resources

**Corporate Legal**
http://legal.fmr.com

**Corporate Security**
http://RegionalSecurity.fmr.com

**eReview**
http://eReview.fmr.com

**Information Security Policies System of Record**
http://archer.fmr.com/

**ISO List**
http://CyberSecurity.fmr.com

**Records and Information Management**
http://RecordsManagement.fmr.com

**Procurement**
http://spendsmart.fmr.com

**SP2I Program Website**
http://CyberSecurity.fmr.com/spi

### Contacts

**Business Unit Information Security Policies; Requesting Policy Exceptions** *Your manager and your business unit's ISO*

**Lost or Stolen Devices**
*Corporate Security (617-563-6400)*

**Policy Violations**
*Your manager or HR Solutions (800-835- 5099, option 2)*

**Questions About this Policy**
*Your business unit's ISO*

**Personal Information and Fidelity's Privacy Policy Questions**
*Your business unit's Risk or Compliance Function or e-mail; Privacy Compliance*

**Records Management Questions**
*Your business unit's Records Manager*

### Related Policies and Procedures

Other Fidelity policies and guidelines governing employee conduct, as well as various technical directives and forms, may apply to the handling and disposal of Fidelity information. These include the following corporate and regional policies:

**Corporate Policies**

*Code of Ethics*

*Corporate Policy on the Access, Use, and Recording of Information*

*Corporate Policy on Vendor Privacy Oversight*

*Corporate Policy on Records and Information Management*

*Database Framework Standard*

*Employee Personal Information Privacy Notice and Policy*

*Electronic Communications, Social Media and Systems Usage Policy*

*External Communications Policy*

*Global Software Use and Compliance Policy*

*Fidelity's Privacy Policy*

*Flexible Work Options Policy*

*Policy on Inside Information*

*Procedures for Release of Financial Statements*

**Regional/BU Policies**

*Information Protection Policy – SP2I (China Regional)*

# EXHIBIT 2

# Information Protection Policy (SP2I) Quick Reference
## Classify and Label

**CLASSIFICATIONS**

| Public | Fidelity Internal Information | Fidelity Confidential Information | Fidelity Highly Confidential (HC) Information |
|---|---|---|---|
| Information released for public use.[1] Explicit approval is needed before assigning this classification. | Information that is typically available to all Fidelity employees. | Sensitive information, available only to those with a "business need to know." | High-risk information that requires strict controls. |
| **Label** Optional | **Label** Required | **Label** Required | **Label** Required |
| **Examples** | **Examples** | **Examples** | **Examples** |
| • Brochures, published marketing materials<br>• Press releases<br>• Articles in the press<br>• Public websites<br>• Stock quotes<br>• Regulatory and legal filings<br>• Published annual reports<br>• Published fund prospectuses<br>• Code contributed to Open Source<br>• Released patents | • Employee contact information (for example, name or email)<br>• Organization charts<br>• Basic emergency response plans<br>• Fidelity policies and procedures<br>• The Fidelity Exchange, Fidelity NOW Inbox, and internal newsletters<br>• Employee web/intranet portals<br>• Fidelity training materials<br>• General business correspondence with no customer/employee data | • Unreleased fund holdings/trades<br>• Pre-release marketing materials<br>• Plan/client data<br>• Non-public legal work and litigation information<br>• Budget information and non-public financial statements<br>• Business strategies and plans<br>• Purchasing/bid information<br>• Audit reports<br>• Security findings or reports (for example, SS&E16)<br>• Non-security technical specifications/architectures | • Passwords and PINs<br>• System credentials<br>• Social Security Numbers<br>• Most customer and employee information<br>• Proposed acquisitions, ventures, and divestitures<br>• Security system architectures and procedures<br>• Reports of significant exposures, risk assessments, and penetration test results<br>• Highly sensitive legal work<br>• Management committee reports<br>• Trade secrets<br>• Private encryption keys |

[1] Note that Public Information may have a different classification prior to its release.

**Fidelity source code** may be classified as Internal, Confidential, or Highly Confidential. Refer to the source code *hard card* and *TD-775* for more details.

**Seek guidance** If you have questions or concerns about SP2I, or if you know of items that are out of compliance, please contact your manager or your business unit's Information Security Office.

**Use sound judgment** The lists above are only examples, not definitive classifications. Any item containing customer data, security information, pre-launch new product details, or similarly sensitive information should be classified as Fidelity Highly Confidential Information.

**Know the policy** For more SP2I resources and the full SP2I Policy visit SP2I on Fidelity Central.

Effective Date: May 2016

Fidelity Internal Information

# Information Protection Policy (SP2I) Quick Reference

## Handle and Dispose

| | | | | CLASSIFICATION | | | |
|---|---|---|---|---|---|---|---|
| | Public | Fidelity Internal Information | Fidelity Confidential Information | Fidelity Highly Confidential (HC) Information | | | |
| | | | | Basic HC | Personal Information[1] | Employee Data[2] | Your PINs/Passwords |
| **Handle** | | | | | | | |
| Get approval before assigning classification | ● | | | | | | |
| Do not share outside Fidelity (such as with vendors or contractors) except on a need-to-know basis and when the recipient is restricted from disclosing the information to others | | ● | ● | ● | ● | ● | Never Share |
| Use caution when discussing in public | | ● | ● | ● | ● | ● | N/A |
| Report possible or actual loss immediately to ISO or Corporate Security | | ● | ● | ● | ● | ● | ● |
| Encrypt when sending or transporting outside Fidelity[3] | | | ● | ● | ● | ● | N/A |
| Inside Fidelity, share only on a need-to-know basis | | | ● | ● | ● | ● | N/A |
| Store locked in desk/office | | | ● | ● | ● | ● | N/A |
| Limit access even on internal websites and systems | | | ● | ● | ● | ● | N/A |
| Do not leave unattended in copiers/printers | | | ● | ● | ● | ● | N/A |
| Do not remove from Fidelity premises without a specific business requirement | | | | ● | ● | ● | N/A |
| Encrypt when e-mailing inside Fidelity[3] | | | Strongly Recommended | | ● | ● | N/A |
| Never share with anyone, and never carry with the related device | | | | | | | ● |
| **Dispose** | | | | | | | |
| Place in desk-side recycling container (paper only) | | ● | ● | | | | |
| Personally shred (paper only) | | | | ● | ● | ● | |
| Place in a locked Fidelity recycling container (paper) or turn in to local Security Office (removable media) | | ● | ● | ● | ● | ● | |

[1] See policy for complete definition.   [2] Fidelity employee compensation and performance data only.   [3] See the policy for detailed guidance.

Fidelity Internal Information

# EXHIBIT 3

### EMPLOYEE AGREEMENT

I, John Nordstrom _____, wish to be employed by FMR Corp. and/or any entity that is directly or indirectly, wholly or in part, owned or controlled by or under common control with FMR Corp. (the "Fidelity Companies"). As a condition of employment, I must understand and agree to abide by this Agreement. This Agreement describes certain aspects of my employment, protects Confidential Information and goodwill of the Fidelity Companies, and assists the Fidelity Companies in complying with their legal, regulatory and other obligations.

1.   *Confidential Information*.   During the course of my employment by the Fidelity Companies, I may become aware of Confidential Information. Confidential Information consists of all information pertaining to the business of any of the Fidelity Companies that is not generally known to the public at the time made known to me. It includes but is not limited to trade secrets; secret, confidential, and proprietary information; information protected by the attorney-client privilege; marketing, financial, research, trading, portfolio, and sales information; computer passwords and program designs; proprietary computer software designs and hardware configurations; proprietary technology; new product and service ideas; business, pricing, and marketing plans; customer, prospect, vendor, and personnel lists; financial and other personal information regarding customers and employees; confidential information about other companies and their products; and information expressly designated as "Fidelity Highly Confidential," "Fidelity Confidential," or "Fidelity Internal." All Confidential Information is imparted to me in a relationship of confidence. During my employment and thereafter, I will not copy, reproduce, use, disclose, or discuss in any manner, in whole or in part, any Confidential Information unless (1) necessary for me to carry out my job; (2) necessary for employees or other agents of the Fidelity Companies to carry out their duties and responsibilities; or (3) authorized in writing by the Fidelity Companies. I also will not retain any copies, notes, or excerpts of Confidential Information upon termination of my employment. I will promptly notify the Fidelity Companies of any inadvertent, unauthorized, or negligent copying, reproduction, use, disclosure, or discussion of Confidential Information. I will not open, read, or in any way access Confidential Information without authorization.

2.   *Systems Access*.   In order to carry out my responsibilities, I may be given access to various computer systems and passwords, user identifications, or other authenticating information ("password(s)"). I will not disclose my password(s) to anyone except in accordance with Fidelity policy. While incidental personal use of systems may occur, this is not the purpose of providing access; rather, all systems generally are to be used for legitimate Fidelity business purposes only, and all items created, accessed, or stored will be treated as Fidelity property for all purposes, including but not limited to monitoring, access, recording, review, and disclosure by Fidelity. I will adhere to all software licensing or other agreements applicable to systems and to Fidelity's expectations and policies regarding systems usage. My authorization to access Fidelity systems shall expire when I leave Fidelity's employ.

3.   *Company Property*.   Upon termination of my assignment or at any earlier time as requested by the Fidelity Companies, I will return all company property, including but not limited to my identification badge, company credit cards, company-owned equipment (such as cellular telephones, beepers, and laptop computers), and all documents and materials received from or created for or by any of the Fidelity Companies, including but not limited to Confidential Information.

4.   *Outside Business Activities*.   So long as I am employed by the Fidelity Companies, I will not engage in any other employment or business activities unless I receive prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for outside activities may be withdrawn at any time.

5.   *Ethics and Outside Brokerage Accounts*.   So long as I am employed by the Fidelity Companies, I will adhere to the Code of Ethics for Personal Investing and the Statement of Policies and Procedures on Insider Trading and all other policies, procedures or guidelines regarding Fidelity's standards for the proper conduct of business. If I am an employee of or associated with a registered broker/dealer or registered with the New York Stock Exchange or the National Association of Securities Dealers, I will comply with industry agreements, standards, and regulations, and all special policies, compliance standards and guidelines of the Fidelity Companies applicable to those in regulated businesses. Neither I nor my spouse will maintain any brokerage account that either of us owns or in which either of us has a beneficial interest through any non-Fidelity broker-dealer unless I receive prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for an outside account may be withdrawn at any time.

6.   *Non-solicitation*.   During my employment and for a period of three years following my separation from employment by the Fidelity Companies, I will not directly or indirectly, on my own behalf or on behalf of anyone else or any company, solicit in any manner or induce or attempt to induce any customer of the Fidelity Companies to divert or take away all or any portion of his/her/its business from the Fidelity Companies or otherwise cease the relationship with the Fidelity Companies. For this same period, I also will not directly or indirectly, on my own behalf or on behalf of anyone else or any company, sell any security, insurance or annuity product or any other product or service provided by the Fidelity Companies, to any customer or prospective customer with whom I had personal contact during the course of my employment by the Fidelity Companies. During this same period, I also will not directly or indirectly, on my own behalf or on behalf of anyone or any company, hire,

Employee's Initials: **J.N.**

solicit in any manner, or induce or attempt to induce any employee of any of the Fidelity Companies to leave his/her employment.

7.  _Inventions_.  I will disclose and I hereby assign to Fidelity as Fidelity's exclusive property all ideas, writings, inventions, products, methods, techniques, discoveries, improvements, and technical or business innovations (the "Inventions") that I make or conceive, whether or not patentable or copyrightable, either solely or jointly with others, during the period of my employment.  All written or computer coded materials manifested in documents, systems design, disks, tapes, drawings, reports, specifications, data, memoranda, or otherwise (the "Materials") made or conceived during my employment shall be considered works made for hire and all right, title, and interest in the Materials shall be owned by the Fidelity Companies.  To the extent that the Materials may be held not to be works made for hire, I hereby assign the sole right, title, and interest in the Materials to the Fidelity Companies.  In addition, I will execute all necessary paperwork and provide all other reasonable assistance requested by any of the Fidelity Companies, either during my employment or thereafter, to enable the Fidelity Companies to obtain, maintain, or enforce in itself or its nominees, patents, copyrights, trademarks, or other legal protection on the Inventions in any and all countries.  These provisions with respect to Inventions and Materials apply only to Inventions and Materials which (i) are along the lines of the business or work of any of the Fidelity Companies; (ii) result from or are suggested by any work which I do for the Fidelity Companies; (iii) are made or conceived using equipment or other materials of the Fidelity Companies; or (iv) are made or conceived during regular hours of work.

8.  _Background Investigations_.  The Fidelity Companies perform background security investigations of all new employees, including but not limited to education, employment, credit, and criminal record checks.  This process may include fingerprinting.  The fingerprints will be used to check the criminal records of the Federal Bureau of Investigation.  All information I provide as part of the application or background investigation process will be as accurate and complete as possible.  My failure to provide accurate and complete information may result in my offer of employment being withdrawn or my dismissal from employment.  Employment and continued employment are contingent upon positive references and background investigations, as judged by Fidelity.  Investigations may take several months to perform, may not be completed until after an offer is made or employment has commenced, will be updated periodically during my employment and may be reopened at any time if new information is learned during my employment.

9.  _Agreements with Others_.  I represent and warrant that my employment by the Fidelity Companies will not require me to violate any agreement I may have with any employer or other business, and that I will not engage in any activities in violation of any such agreement.  Without limiting the foregoing, I will not use or disclose to the Fidelity Companies any confidential information belonging to others.  I further represent and warrant that I am not a party to any agreement, and I owe no duty to anyone, that limits or affects my ability to perform my duties for the Fidelity Companies.  I have attached to this Agreement a list of all confidentiality, inventions, non-solicitation, non-compete, or other restrictive agreements to which I am or have been a party.

10.  _At Will Employment_.  My employment by the Fidelity Companies is at will and may be terminated by me or by them at any time and for any reason, with or without cause or notice, during or after any applicable initial evaluation period.

11.  _Use of Name or Likeness_.  I hereby authorize the Fidelity Companies to use, publish, and copyright all or part of my name, voice, picture, portrait, and likeness as the Fidelity Companies may decide in their sole discretion, in all media and types of advertising for any product or service or for any other lawful purpose, without review by me.

12.  _Miscellaneous_.  This agreement will continue in full force and effect throughout my tenure with any of the Fidelity Companies, regardless of the position I hold or the particular Fidelity Company that employs me.  Any agreement contrary to any of the provisions of this agreement or modifying this agreement in any way must be in writing and must be signed by the President or Human Resources Vice President of the Fidelity Company for which I work.  I will disclose the existence and terms of this Agreement to any future employer of mine.  My obligations under this Agreement shall survive my employment with the Fidelity Companies.  As to the provisions pertaining to Confidential Information, my obligations shall continue until such time as the Confidential Information becomes known to the general public through no action on my part.  Any violation of this Agreement will cause irreparable damage to the Fidelity Companies or any of them.  Therefore, the Fidelity Companies or any of them shall have the right to seek specific enforcement of this Agreement through equitable and injunctive relief, in addition to any other remedies available.  This agreement is governed in accordance with Massachusetts law and is signed under seal.

**This agreement contains important information regarding the terms of my employment with the Fidelity Companies. I have read this entire agreement carefully and I understand it and agree to adhere to it.**

ESIGNed 02/29/2008 by
John Nordstrom

_____     2/29/2008_____
Name                                          Date
Corporate ID

(ver. 1/07)

# EXHIBIT 4

DocuSign Envelope ID: 84AD6844-0D39-42D9-8CFE-8A6FA9CF94FA

## EMPLOYEE AGREEMENT

JOHN NORDSTROM _____ ("Employee") wishes to be employed by FMR LLC and/or any entity that is directly or indirectly, wholly or in part, owned or controlled by or under common control with FMR LLC (the "Fidelity Companies"). As a condition of employment, Employee and the Fidelity Companies agree to abide by this Agreement. This Agreement describes certain aspects of Employee's employment, protects Confidential Information and goodwill of the Fidelity Companies, and assists the Fidelity Companies in complying with their legal, regulatory, and other obligations.

1.    Confidential Information. To assist Employee in the performance of his/her duties, the Fidelity Companies agree to provide to Employee training and/or education regarding the Fidelity Companies' business methods, and agree to provide to Employee access to certain Confidential Information belonging to the Fidelity Companies. Confidential Information consists of all information pertaining to the business of any of the Fidelity Companies that is not generally known to the public at the time made known to Employee. It includes but is not limited to trade secrets; secret, confidential, and proprietary information; information protected by the attorney-client privilege; marketing, financial, research, trading, portfolio, and sales information; computer passwords and program designs; proprietary computer software designs and hardware configurations; proprietary technology; new product and service ideas; business, pricing, and marketing plans; customer, prospect, vendor, and personnel lists; financial and other personal information regarding customers and employees; confidential information about other companies and their products; and information expressly designated as "Fidelity Highly Confidential," "Fidelity Confidential," or "Fidelity Internal." All Confidential Information is imparted to Employee in a relationship of confidence. As a condition and in consideration of the Fidelity Companies' agreement to provide Employee with training and/or education and Confidential Information, Employee agrees that during his/her employment and thereafter, Employee will not copy, reproduce, use, disclose, or discuss in any manner, in whole or in part, any Confidential Information unless (1) necessary for Employee to carry out his/her job; (2) necessary for employees or other agents of the Fidelity Companies to carry out their duties and responsibilities; or (3) authorized in writing by the Fidelity Companies. Employee also will not retain any copies, notes, or excerpts of Confidential Information upon termination of his/her employment. Employee will promptly notify the Fidelity Companies of any inadvertent, unauthorized, or negligent copying, reproduction, use, disclosure, or discussion of Confidential Information. Employee will not open, read, or in any way access Confidential Information without authorization.

2.    Systems Access. In order to carry out his/her responsibilities, Employee may be given access to various computer systems and passwords, user identifications, or other authenticating information ("password(s)"). Employee will not disclose his/her password(s) to anyone except in accordance with Fidelity policy. While incidental personal use of systems may occur, this is not the purpose of providing access; rather, all systems generally are to be used for legitimate Fidelity business purposes only, and all items created, accessed, or stored will be treated as Fidelity property for all purposes, including but not limited to monitoring, access, recording, review, and disclosure by Fidelity. Employee will adhere to all software licensing or other agreements applicable to systems and to Fidelity's expectations and policies regarding systems usage. Employee's authorization to access Fidelity systems shall expire when Employee leaves Fidelity's employ.

3.    Company Property. Upon termination of Employee's employment, in the event Employee's employment no longer requires access to Confidential Information, or at any earlier time as requested by the Fidelity Companies, Employee will return all company property, including but not limited to his/her identification badge, company credit cards, company-owned equipment (such as cellular telephones, beepers, and laptop computers), and all documents and materials received from or created for or by any of the Fidelity Companies, including but not limited to Confidential Information.

4.    Outside Business Activities. So long as Employee is employed by the Fidelity Companies, Employee will not engage in any other employment or business activities unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for outside activities may be withdrawn at any time.

5.    Ethics and Outside Brokerage Accounts. So long as Employee is employed by the Fidelity Companies, Employee will adhere to the Code of Ethics for Personal Investing and the Statement of Policies and Procedures on Insider Trading and all other policies, procedures, or guidelines regarding Fidelity's standards for the proper conduct of business. If Employee is an employee of or associated with a registered broker-dealer or registered with the New York Stock Exchange or the Financial Industry Regulatory Authority, Employee will comply with industry agreements, standards, and regulations, and all special policies, compliance standards, and guidelines of the Fidelity Companies applicable to those in regulated businesses. Neither Employee nor Employee's spouse will maintain any brokerage account that either Employee or Employee's spouse owns or in which either Employee or Employee's spouse has a beneficial interest through any non-Fidelity broker-dealer unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for an outside account may be withdrawn at any time.

6.    Non-solicitation. In consideration of the training and/or education and access to Confidential Information provided by the Fidelity Companies, and so as to enforce Employee's agreement regarding such Confidential Information, Employee agrees that during his/her employment and for a period of one year following his/her separation from employment by the Fidelity Companies, Employee will not use any Confidential Information belonging to the Fidelity Companies to directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any manner or induce or attempt to induce any customer or prospective customer of the Fidelity Companies to divert or take away all or any portion of his/her/its business from the Fidelity Companies or otherwise cease the relationship with the Fidelity Companies. During this same period, Employee will not directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any

Updated 06/10

Employee's Initials: _____
JN

DocuSign Envelope ID: 84AD6844-0D39-42D9-8CFE-8A6FA9CF94FA

manner or induce or attempt to induce any customer or prospective customer with whom Employee had personal contact or about whom Employee otherwise learned during the course of Employee's employment with the Fidelity Companies. Employee also will not, directly or indirectly, on his/her own behalf or on behalf of anyone or any company, hire, solicit in any manner, or induce or attempt to induce any employee of any of the Fidelity Companies to leave his/her employment.

7.  <u>Inventions and Use of Name or Likeness.</u> Employee will disclose and Employee hereby assigns to Fidelity as Fidelity's exclusive property all ideas, writings, inventions, products, methods, techniques, discoveries, improvements, and technical or business innovations (the "Inventions") that Employee makes or conceives, whether or not patentable or copyrightable, either solely or jointly with others, during the period of his/her employment. All written or computer coded materials manifested in documents, systems design, disks, tapes, drawings, reports, specifications, data, memoranda, or otherwise (the "Materials") made or conceived during Employee's employment shall be considered works made for hire, and all right, title, and interest in the Materials shall be owned by the Fidelity Companies. To the extent that the Materials may be held not to be works made for hire, Employee hereby assigns the sole right, title, and interest in the Materials to the Fidelity Companies. In addition, Employee will execute all necessary paperwork and provide all other reasonable assistance requested by any of the Fidelity Companies, either during his/her employment or thereafter, to enable the Fidelity Companies to obtain, maintain, or enforce in itself or its nominees, patents, copyrights, trademarks, or other legal protection on the Inventions in any and all countries. These provisions with respect to Inventions and Materials apply only to Inventions and Materials which (i) are along the lines of the business or work of any of the Fidelity Companies; (ii) result from or are suggested by any work which Employee does for the Fidelity Companies; (iii) are made or conceived using equipment or other materials of the Fidelity Companies; or (iv) are made or conceived during regular hours of work. These provisions do not apply to any invention that qualifies fully under the terms of California Labor Code Section 2870. In addition, Employee hereby authorizes the Fidelity Companies to use, publish, and copyright all or part of his/her name, voice, picture, portrait, and likeness as the Fidelity Companies may decide in their sole discretion, in all media and types of advertising for any product or service or for any other lawful purpose, without review by Employee.

8.  <u>Agreements with Others.</u> Employee represents and warrants that his/her employment by the Fidelity Companies will not require Employee to violate any agreement Employee may have with any employer or other business, and that Employee will not engage in any activities in violation of any such agreement. Without limiting the foregoing, Employee will not use or disclose to the Fidelity Companies any confidential information belonging to others. Employee further represents and warrants that Employee is not a party to any agreement, and Employee owes no duty to anyone, that limits or affects his/her ability to perform his/her duties for the Fidelity Companies. Employee has attached to this Agreement a list of all confidentiality, inventions, non-solicitation, non-compete, or other restrictive agreements to which Employee is or has been a party.

9.  <u>At Will Employment.</u> Employee's employment by the Fidelity Companies is at will and may be terminated by Employee or by the Fidelity Companies at any time and for any reason, with or without cause or notice, during or after any applicable initial evaluation period.

10.  <u>Miscellaneous.</u> This agreement will continue in full force and effect throughout Employee's tenure with any of the Fidelity Companies, regardless of any changes in Employee's responsibilities, the position Employee holds, or the particular Fidelity Company that employs Employee. Any agreement contrary to any of the provisions of this agreement or modifying this agreement in any way must be in writing and must be signed by the President or Human Resources Vice President of the Fidelity Company for which Employee works. Employee will disclose the existence and terms of this Agreement to any future employer of Employee. Employee's obligations under this Agreement shall survive the termination of Employee's employment with the Fidelity Companies. As to the provisions pertaining to Confidential Information, Employee's obligations shall continue until such time as the Confidential Information becomes known to the general public through no action on Employee's part. Any violation of this Agreement will cause irreparable damage to the Fidelity Companies or any of them. Therefore, the Fidelity Companies or any of them shall have the right to seek specific enforcement of this Agreement through equitable and injunctive relief, in addition to any other remedies available. This agreement will be for the benefit of the Fidelity Companies, its successors, and its assigns. This agreement is governed in accordance with Massachusetts law and is signed under seal.

**This agreement contains important information regarding the terms of Employee's employment with the Fidelity Companies. Employee and the Fidelity Companies hereby agree to adhere to it.**

Oct-31-2011 | 12:33 PT

JOHN NORDSTROM

5A6A4E9C2F8C475...
_____          10/31/2011
**Employee**                              **Date**


_Anne Ames_

_____          10/31/2011
**Anne Ames**                            **Date**
**VP, Head of Staffing**

# EXHIBIT 5

**EMPLOYEE AGREEMENT**

JOHN NORDSTROM_____ ("Employee") wishes to be employed by FMR LLC and/or any entity that is directly or indirectly, wholly or in part, owned or controlled by or under common control with FMR LLC (the "Fidelity Companies"). As a condition of employment, Employee and the Fidelity Companies agree to abide by this Agreement. This Agreement describes certain aspects of Employee's employment, protects Confidential Information and goodwill of the Fidelity Companies, and assists the Fidelity Companies in complying with their legal, regulatory, and other obligations.

1.      Confidential Information. To assist Employee in the performance of his/her duties, the Fidelity Companies agree to provide to Employee training and/or education regarding the Fidelity Companies' business methods, and agree to provide to Employee access to certain Confidential Information belonging to the Fidelity Companies. Confidential Information consists of all information pertaining to the business of any of the Fidelity Companies that is not generally known to the public at the time made known to Employee. It includes but is not limited to trade secrets; secret, confidential, and proprietary information; information protected by the attorney-client privilege; marketing, financial, research, trading, portfolio, and sales information; computer passwords and program designs; proprietary computer software designs and hardware configurations; proprietary technology; new product and service ideas; business, pricing, and marketing plans; customer, prospect, vendor, and personnel lists; financial and other personal information regarding customers and employees; confidential information about other companies and their products; and information expressly designated as "Fidelity Highly Confidential," "Fidelity Confidential," or "Fidelity Internal." All Confidential Information is imparted to Employee in a relationship of confidence. As a condition and in consideration of the Fidelity Companies' agreement to provide Employee with training and/or education and Confidential Information, Employee agrees that during his/her employment and thereafter, Employee will not copy, reproduce, use, disclose, or discuss in any manner, in whole or in part, any Confidential Information unless (1) necessary for Employee to carry out his/her job; (2) necessary for employees or other agents of the Fidelity Companies to carry out their duties and responsibilities; or (3) authorized in writing by the Fidelity Companies. Employee also will not retain any copies, notes, or excerpts of Confidential Information upon termination of his/her employment. Employee will promptly notify the Fidelity Companies of any inadvertent, unauthorized, or negligent copying, reproduction, use, disclosure, or discussion of Confidential Information. Employee will not open, read, or in any way access Confidential Information without authorization.

2.      Systems Access. In order to carry out his/her responsibilities, Employee may be given access to various computer systems and passwords, user identifications, or other authenticating information ("password(s)"). Employee will not disclose his/her password(s) to anyone except in accordance with Fidelity policy. While incidental personal use of systems may occur, this is not the purpose of providing access; rather, all systems generally are to be used for legitimate Fidelity business purposes only, and all items created, accessed, or stored will be treated as Fidelity property for all purposes, including but not limited to monitoring, access, recording, review, and disclosure by Fidelity. Employee will adhere to all software licensing or other agreements applicable to systems and to Fidelity's expectations and policies regarding systems usage. Employee's authorization to access Fidelity systems shall expire when Employee leaves Fidelity's employ.

3.      Company Property. Upon termination of Employee's employment, in the event Employee's employment no longer requires access to Confidential Information, or at any earlier time as requested by the Fidelity Companies, Employee will return all company property, including but not limited to his/her identification badge, company credit cards, company-owned equipment (such as cellular telephones, beepers, and laptop computers), and all documents and materials received from or created for or by any of the Fidelity Companies, including but not limited to Confidential Information.

4.      Outside Business Activities. So long as Employee is employed by the Fidelity Companies, Employee will not engage in any other employment or business activities unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for outside activities may be withdrawn at any time.

5.      Ethics and Outside Brokerage Accounts. So long as Employee is employed by the Fidelity Companies, Employee will adhere to the Code of Ethics for Personal Investing and the Statement of Policies and Procedures on Insider Trading and all other policies, procedures, or guidelines regarding Fidelity's standards for the proper conduct of business. If Employee is an employee of or associated with a registered broker-dealer or registered with the New York Stock Exchange or the Financial Industry Regulatory Authority, Employee will comply with industry agreements, standards, and regulations, and all special policies, compliance standards, and guidelines of the Fidelity Companies applicable to those in regulated businesses. Neither Employee nor Employee's spouse will maintain any brokerage account that either Employee or Employee's spouse owns or in which either Employee or Employee's spouse has a beneficial interest through any non-Fidelity broker-dealer unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for an outside account may be withdrawn at any time.

6.      Non-solicitation. In consideration of the training and/or education and access to Confidential Information provided by the Fidelity Companies, and so as to enforce Employee's agreement regarding such Confidential Information, Employee agrees that during his/her employment and for a period of one year following his/her separation from employment by the Fidelity Companies, Employee will not use any Confidential Information belonging to the Fidelity Companies to directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any manner or induce or attempt to induce any customer or prospective customer of the Fidelity Companies to divert or take away all or any portion of his/her/its business from the Fidelity Companies or otherwise cease the relationship with the Fidelity Companies. During this same period, Employee will not directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any

Updated 07/11                                                             Employee's Initials: _____JN_____

manner or induce or attempt to induce any customer or prospective customer with whom Employee had personal contact or about whom Employee otherwise learned during the course of Employee's employment with the Fidelity Companies. Employee also will not, directly or indirectly, on his/her own behalf or on behalf of anyone or any company, hire, solicit in any manner, or induce or attempt to induce any employee of any of the Fidelity Companies to leave his/her employment.

7.  **Inventions and Use of Name or Likeness**. Employee will disclose and Employee hereby assigns to Fidelity as Fidelity's exclusive property all ideas, writings, inventions, products, methods, techniques, discoveries, improvements, and technical or business innovations (the "Inventions") that Employee makes or conceives, whether or not patentable or copyrightable, either solely or jointly with others, during the period of his/her employment. All written or computer coded materials manifested in documents, systems design, disks, tapes, drawings, reports, specifications, data, memoranda, or otherwise (the "Materials") made or conceived during Employee's employment shall be considered works made for hire, and all right, title, and interest in the Materials shall be owned by the Fidelity Companies. To the extent that the Materials may be held not to be works made for hire, Employee hereby assigns the sole right, title, and interest in the Materials to the Fidelity Companies. In addition, Employee will execute all necessary paperwork and provide all other reasonable assistance requested by any of the Fidelity Companies, either during his/her employment or thereafter, to enable the Fidelity Companies to obtain, maintain, or enforce in itself or its nominees, patents, copyrights, trademarks, or other legal protection on the Inventions in any and all countries. These provisions with respect to Inventions and Materials apply only to Inventions and Materials which (i) are along the lines of the business or work of any of the Fidelity Companies; (ii) result from or are suggested by any work which Employee does for the Fidelity Companies; (iii) are made or conceived using equipment or other materials of the Fidelity Companies; or (iv) are made or conceived during regular hours of work. These provisions do not apply to any invention that qualifies fully under the terms of California Labor Code Section 2870. In addition, Employee hereby authorizes the Fidelity Companies to use, publish, and copyright all or part of his/her name, voice, picture, portrait, and likeness as the Fidelity Companies may decide in their sole discretion, in all media and types of advertising for any product or service or for any other lawful purpose, without review by Employee.

8.  **Agreements with Others**. Employee represents and warrants that his/her employment by the Fidelity Companies will not require Employee to violate any agreement Employee may have with any employer or other business, and that Employee will not engage in any activities in violation of any such agreement. Without limiting the foregoing, Employee will not use or disclose to the Fidelity Companies any confidential information belonging to others. Employee further represents and warrants that Employee is not a party to any agreement, and Employee owes no duty to anyone, that limits or affects his/her ability to perform his/her duties for the Fidelity Companies. Employee has attached to this Agreement a list of all confidentiality, inventions, non-solicitation, non-compete, or other restrictive agreements to which Employee is or has been a party.

9.  **At Will Employment**. Employee's employment by the Fidelity Companies is at will and may be terminated by Employee or by the Fidelity Companies at any time and for any reason, with or without cause or notice, during or after any applicable initial evaluation period.

10.  **Miscellaneous**. This agreement will continue in full force and effect throughout Employee's tenure with any of the Fidelity Companies, regardless of any changes in Employee's responsibilities, the position Employee holds, or the particular Fidelity Company that employs Employee. Any agreement contrary to any of the provisions of this agreement or modifying this agreement in any way must be in writing and must be signed by the President or Human Resources Vice President of the Fidelity Company for which Employee works. Employee will disclose the existence and terms of this Agreement to any future employer of Employee. Employee's obligations under this Agreement shall survive the termination of Employee's employment with the Fidelity Companies. As to the provisions pertaining to Confidential Information, Employee's obligations shall continue until such time as the Confidential Information becomes known to the general public through no action on Employee's part. Any violation of this Agreement will cause irreparable damage to the Fidelity Companies or any of them. Therefore, the Fidelity Companies or any of them shall have the right to seek specific enforcement of this Agreement through equitable and injunctive relief, in addition to any other remedies available. This agreement will be for the benefit of the Fidelity Companies, its successors, and its assigns.  The terms of this Agreement and any dispute out of it shall be governed by, and construed in accordance with, the laws of the state in which Employee currently is or, once Employee is no longer employed, was last, employed by Fidelity, without giving effect to such state's conflict of law principles. This Agreement is signed under seal.

**This agreement contains important information regarding the terms of Employee's employment with the Fidelity Companies. Employee and the Fidelity Companies hereby agree to adhere to it.**

_JOHN NORDSTROM_            2/6/2013
—DocuSigned by:
B335682FF59E433...

**Employee**

                                                                  2/6/2013
                                                               **Date**

_Anne Ames_

**Anne Ames**
**VP, Head of Staffing**

# EXHIBIT 6

DocuSign Envelope ID: 5137F9A7-F92B-47F4-9C17-2C461887D693

**EMPLOYEE AGREEMENT**

JOHN NORDSTROM _____ ("Employee") wishes to be employed by FMR LLC and/or any entity that is directly or indirectly, wholly or in part, owned or controlled by or under common control with FMR LLC (the "Fidelity Companies"). As a condition of employment, Employee and the Fidelity Companies agree to abide by this Agreement. This Agreement describes certain aspects of Employee's employment, protects Confidential Information and goodwill of the Fidelity Companies, and assists the Fidelity Companies in complying with their legal, regulatory, and other obligations.

1.      Confidential Information. To assist Employee in the performance of his/her duties, the Fidelity Companies agree to provide to Employee training and/or education regarding the Fidelity Companies' business methods, and agree to provide to Employee access to certain Confidential Information belonging to the Fidelity Companies. Confidential Information consists of all information pertaining to the business of any of the Fidelity Companies that is not generally known to the public at the time made known to Employee. It includes but is not limited to trade secrets; secret, confidential, and proprietary information; information protected by the attorney-client privilege; marketing, financial, research, trading, portfolio, and sales information; computer passwords and program designs; proprietary computer software designs and hardware configurations; proprietary technology; new product and service ideas; business, pricing, and marketing plans; customer, prospect, vendor, and personnel lists; financial and other personal information regarding customers and employees; confidential information about other companies and their products; and information expressly designated as "Fidelity Highly Confidential," "Fidelity Confidential," or "Fidelity Internal." All Confidential Information is imparted to Employee in a relationship of confidence. As a condition and in consideration of the Fidelity Companies' agreement to provide Employee with training and/or education and Confidential Information, Employee agrees that during his/her employment and thereafter, Employee will not copy, reproduce, use, disclose, or discuss in any manner, in whole or in part, any Confidential Information unless (1) necessary for Employee to carry out his/her job; (2) necessary for employees or other agents of the Fidelity Companies to carry out their duties and responsibilities; or (3) authorized in writing by the Fidelity Companies. Employee also will not retain any copies, notes, or excerpts of Confidential Information upon termination of his/her employment. Employee will promptly notify the Fidelity Companies of any inadvertent, unauthorized, or negligent copying, reproduction, use, disclosure, or discussion of Confidential Information. Employee will not open, read, or in any way access Confidential Information without authorization.

2.      Systems Access. In order to carry out his/her responsibilities, Employee may be given access to various computer systems and passwords, user identifications, or other authenticating information ("password(s)"). Employee will not disclose his/her password(s) to anyone except in accordance with Fidelity policy. While incidental personal use of systems may occur, this is not the purpose of providing access; rather, all systems generally are to be used for legitimate Fidelity business purposes only, and all items created, accessed, or stored will be treated as Fidelity property for all purposes, including but not limited to monitoring, access, recording, review, and disclosure by Fidelity. Employee will adhere to all software licensing or other agreements applicable to systems and to Fidelity's expectations and policies regarding systems usage. Employee's authorization to access Fidelity systems shall expire when Employee leaves Fidelity's employ.

3.      Company Property. Upon termination of Employee's employment, in the event Employee's employment no longer requires access to Confidential Information, or at any earlier time as requested by the Fidelity Companies, Employee will return all company property, including but not limited to his/her identification badge, company credit cards, company-owned equipment (such as cellular telephones, beepers, and laptop computers), and all documents and materials received from or created for or by any of the Fidelity Companies, including but not limited to Confidential Information.

4.      Outside Business Activities. So long as Employee is employed by the Fidelity Companies, Employee will not engage in any other employment or business activities unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for outside activities may be withdrawn at any time.

5.      Ethics and Outside Brokerage Accounts. So long as Employee is employed by the Fidelity Companies, Employee will adhere to the Code of Ethics for Personal Investing and the Statement of Policies and Procedures on Insider Trading and all other policies, procedures, or guidelines regarding Fidelity's standards for the proper conduct of business. If Employee is an employee of or associated with a registered broker-dealer or registered with the New York Stock Exchange or the Financial Industry Regulatory Authority, Employee will comply with industry agreements, standards, and regulations, and all special policies, compliance standards, and guidelines of the Fidelity Companies applicable to those in regulated businesses. Neither Employee nor Employee's spouse will maintain any brokerage account that either Employee or Employee's spouse owns or in which either Employee or Employee's spouse has a beneficial interest through any non-Fidelity broker-dealer unless Employee receives prior written approval from the Fidelity Companies in accordance with applicable policies and procedures. Approval for an outside account may be withdrawn at any time.

6.      Non-solicitation. In consideration of the training and/or education and access to Confidential Information provided by the Fidelity Companies, and so as to enforce Employee's agreement regarding such Confidential Information, Employee agrees that during his/her employment and for a period of one year following his/her separation from employment by the Fidelity Companies, Employee will not use any Confidential Information belonging to the Fidelity Companies to directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any manner or induce or attempt to induce any customer or prospective customer of the Fidelity Companies to divert or take away all or any portion of his/her/its business from the Fidelity Companies or otherwise cease the relationship with the Fidelity Companies. During this same period, Employee will not directly or indirectly, on his/her own behalf or on behalf of anyone else or any company, solicit in any

Employee's Initials: _____JN_____

DocuSign Envelope ID: 5137F9A7-F92B-47F4-9C17-2C461887D693

manner or induce or attempt to induce any customer or prospective customer with whom Employee had personal contact or about whom Employee otherwise learned during the course of Employee's employment with the Fidelity Companies. Employee also will not, directly or indirectly, on his/her own behalf or on behalf of anyone or any company, hire, solicit in any manner, or induce or attempt to induce any employee of any of the Fidelity Companies to leave his/her employment.

7.    Inventions and Use of Name or Likeness. Employee will disclose and Employee hereby assigns to Fidelity as Fidelity's exclusive property all ideas, writings, inventions, products, methods, techniques, discoveries, improvements, and technical or business innovations (the "Inventions") that Employee makes or conceives, whether or not patentable or copyrightable, either solely or jointly with others, during the period of his/her employment. All written or computer coded materials manifested in documents, systems design, disks, tapes, drawings, reports, specifications, data, memoranda, or otherwise (the "Materials") made or conceived during Employee's employment shall be considered works made for hire, and all right, title, and interest in the Materials shall be owned by the Fidelity Companies. To the extent that the Materials may be held not to be works made for hire, Employee hereby assigns the sole right, title, and interest in the Materials to the Fidelity Companies. In addition, Employee will execute all necessary paperwork and provide all other reasonable assistance requested by any of the Fidelity Companies, either during his/her employment or thereafter, to enable the Fidelity Companies to obtain, maintain, or enforce in itself or its nominees, patents, copyrights, trademarks, or other legal protection on the Inventions in any and all countries. These provisions with respect to Inventions and Materials apply only to Inventions and Materials which (i) are along the lines of the business or work of any of the Fidelity Companies; (ii) result from or are suggested by any work which Employee does for the Fidelity Companies; (iii) are made or conceived using equipment or other materials of the Fidelity Companies; or (iv) are made or conceived during regular hours of work. These provisions do not apply to any invention that qualifies fully under the terms of California Labor Code Section 2870. In addition, Employee hereby authorizes the Fidelity Companies to use, publish, and copyright all or part of his/her name, voice, picture, portrait, and likeness as the Fidelity Companies may decide in their sole discretion, in all media and types of advertising for any product or service or for any other lawful purpose, without review by Employee.

8.    Agreements with Others. Employee represents and warrants that his/her employment by the Fidelity Companies will not require Employee to violate any agreement Employee may have with any employer or other business, and that Employee will not engage in any activities in violation of any such agreement. Without limiting the foregoing, Employee will not use or disclose to the Fidelity Companies any confidential information belonging to others. Employee further represents and warrants that Employee is not a party to any agreement, and Employee owes no duty to anyone, that limits or affects his/her ability to perform his/her duties for the Fidelity Companies. Employee has attached to this Agreement a list of all confidentiality, inventions, non-solicitation, non-compete, or other restrictive agreements to which Employee is or has been a party.

9.    At Will Employment. Employee's employment by the Fidelity Companies is at will and may be terminated by Employee or by the Fidelity Companies at any time and for any reason, with or without cause or notice, during or after any applicable initial evaluation period.

10.    Miscellaneous. This agreement will continue in full force and effect throughout Employee's tenure with any of the Fidelity Companies, regardless of any changes in Employee's responsibilities, the position Employee holds, or the particular Fidelity Company that employs Employee. Any agreement contrary to any of the provisions of this agreement or modifying this agreement in any way must be in writing and must be signed by the President or Human Resources Vice President of the Fidelity Company for which Employee works. Employee will disclose the existence and terms of this Agreement to any future employer of Employee. Employee's obligations under this Agreement shall survive the termination of Employee's employment with the Fidelity Companies. As to the provisions pertaining to Confidential Information, Employee's obligations shall continue until such time as the Confidential Information becomes known to the general public through no action on Employee's part. Any violation of this Agreement will cause irreparable damage to the Fidelity Companies or any of them. Therefore, the Fidelity Companies or any of them shall have the right to seek specific enforcement of this Agreement through equitable and injunctive relief, in addition to any other remedies available. This agreement will be for the benefit of the Fidelity Companies, its successors, and its assigns. The terms of this Agreement and any dispute out of it shall be governed by, and construed in accordance with, the laws of the state in which Employee currently is or, once Employee is no longer employed, was last, employed by Fidelity, without giving effect to such state's conflict of law principles. This Agreement is signed under seal.

**This agreement contains important information regarding the terms of Employee's employment with the Fidelity Companies. Employee and the Fidelity Companies hereby agree to adhere to it.**

DocuSigned by:

_JOHN NORDSTROM_            11/20/2013

2CA08384E58845D...                                     11/20/2013

**Employee**                                                **Date**

_Anne Ames_

**Anne Ames**
**Senior Vice President, Human Resources**

Updated 08/13

2