Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:   (213) 485-1500
Fax:   (213) 485-1200

Jennifer A. Kenedy (*pro hac vice* application forthcoming)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel:   (312) 443-0700
Fax:   (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT,<br><br>Defendants. | CASE NO. 2:17-CV-00594-JAM-KJN<br><br>**[~~PROPOSED~~] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    Plaintiff Fidelity Brokerage Services LLC ("Fidelity") has requested leave to

2  file a Memorandum in support of its *Ex parte* Motion for Temporary Restraining

3  Order in excess of 25 pages.  The Court having considered Fidelity's request, and

4  finding good cause and compelling reasons appearing therefor, IT IS HEREBY

5  ORDERED THAT:                    *JAM FOR THIS BRIEF ONLY.*

6    Fidelity's request is GRANTED and Fidelity is given leave to file its 35-page

7  Memorandum in Support of its *Ex Parte* Motion for Temporary Restraining Order

8  (Without Security). *Defendants may also file a brief up to 35 pages if they* *JAM*
    *elect to oppose this Motion. All other*

9    IT IS SO ORDERED.  *briefs must comply with the Court's page*
    *limitations.*

11  Dated: *3·22·2017*

12
                                    _____
13                                   The Honorable Judge *John A. Mendez*
                                     United States District Judge
14

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OVERSIZE BRIEF