Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel:  (213) 485-1500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice* application forthcoming)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, | CASE NO. 2:17-CV-00594-JAM-KJN |
| | ORDER ~~GRANTING~~ DENYING *EX PARTE* REQUEST TO FILE UNDER SEAL |
| Plaintiff, | |
| v. | |
| JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT, | |
| Defendants. | |

---

1

[PROPOSED] ORDER GRANTING EX PARTE REQUEST TO FILE UNDER SEAL

Plaintiff Fidelity Brokerage Services LLC ("Fidelity") has requested *ex parte* leave to file certain exhibits to two declarations in support of its Motion for a Temporary Restraining Order under seal pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 141. The Court having considered Fidelity's request, ~~and~~ does not find ~~finding~~ good cause and compelling reasons appearing therefor, IT IS HEREBY ORDERED THAT:

Fidelity's request is ~~GRANTED~~ DENIED, and Exhibits H, K, L, M, N, and O to the Declaration of David Taylor as well as Exhibit A to the Declaration of Kristina Koch shall not be filed under seal. To the extent it has not already done so, Fidelity shall file public versions of these Declarations, with the ~~sealed~~ exhibits ~~removed and replaced with a single sheet reading "Exhibit filed under seal pursuant to court order,"~~ within two (2) ~~five (5)~~ business days.

IT IS SO ORDERED.*

Dated: 3-22-2017

John A. Mendez
United States District Court Judge

* If the name of a customer needs to be redacted from any of these exhibits, Fidelity may file the exhibits with the redactions. Otherwise, the entire exhibit must be filed and will not be sealed.