Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:   (213) 485-1500
Fax:   (213) 485-1200

Jennifer A. Kenedy (*pro hac vice*)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel:   (312) 443-0700
Fax:  (312) 443-0336

Counsel for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, | CASE NO. 2:17-CV-00594-JAM-KJN |
| | Hon. Judge John A. Mendez |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL CASE DEADLINES** |
| JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT, | |
| Defendants. | |

*Locke Lord LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA 90071*

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Fidelity Brokerage Services LLC ("Fidelity") and Defendants John Nordstrom ("Nordstrom") and Innovation Wealth Management ("IWM") (collectively, "Defendants"), hereby jointly provide notice to the Court, pursuant to Local Rule 160, that the Parties have reached settlement terms in the captioned matter and have confirmed those terms through a written settlement agreement.  Pursuant to the settlement agreement, the parties will be jointly filing a stipulation for dismissal of Fidelity's complaint, with prejudice, in the captioned matter.  Given the agreed settlement terms, the parties respectfully request that this Court vacate all case deadlines in the captioned matter.


Dated: May 22, 2017                    Respectfully Submitted,
                                       LOCKE LORD LLP

                                        By:  /s/ Nina Huerta
                                           Nina Huerta
                                           Attorney for Plaintiff
                                           FIDELITY BROKERAGE SERVICES LLC

                                       And


Dated: May 22, 2017                    Respectfully Submitted,

                                       BUCHALTER
                                       A Professional Corporation

                                       By:   /s/    Dylan W. Wiseman
                                           Dylan W. Wiseman
                                           Valerie E. Collanton
                                           Attorneys for Defendants
                                           JOHN NORDSTROM; and INNOVATION
                                           WEALTH MANAGEMENT

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE
ALL CASE DEADLINES