Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice*)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

Counsel for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT,<br><br>Defendants. | CASE NO. 2:17-CV-00594-JAM-KJN<br><br>Hon. Judge John A. Mendez<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT, WITH PREJUDICE**<br><br>[[Proposed] Order on Joint Stipulation and Request for Dismissal of Complaint, With Prejudice Filed Concurrently Herewith] |

JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT, WITH PREJUDICE

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

## JOINT STIPULATION AND REQUEST FOR DISMISSAL

WHEREAS, on March 30, 2017, the Court ordered Plaintiff Fidelity Brokerage Services LLC ("Fidelity") and Defendants John Nordstrom ("Nordstrom") and Innovation Wealth Management ("IWM") (collectively, "Defendants") to arbitrate Fidelity's claims against Defendants, pursuant to 9 U.S.C. §§ 3-4 . (Dkt. 26.)

WHEREAS, on May 22, 2017, the Parties filed a Joint Notice of Settlement (Dkt. 33.)

WHEREAS, the Settlement Agreement has been finalized and executed, and the Parties seek a dismissal with prejudice of the captioned matter in its entirety.

NOW, by and through the designated counsel of record, the Parties hereby stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (a)(2), the complaint filed in the captioned action by Fidelity against Defendants be dismissed with prejudice;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between Fidelity and Defendants, and to resolve any disputes relating to, or arising under, the Settlement Agreement.

IT IS SO STIPULATED.

Dated: May 22, 2017                    Respectfully Submitted,
                                       LOCKE LORD LLP

                                       By: */s/ Nina Huerta*
                                         Nina Huerta
                                         Attorney for Plaintiff
                                         FIDELITY BROKERAGE SERVICES LLC

And

Dated: May 22, 2017  Respectfully Submitted,

BUCHALTER
A Professional Corporation

By: */s/ Dylan W. Wiseman*
 Dylan W. Wiseman
 Valerie E. Collanton
 Attorneys for Defendants
 JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT