Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500
Fax: (213) 485-1200

Jennifer A. Kenedy (*pro hac vice*)
jkenedy@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

Counsel for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN NORDSTROM; and INNOVATION WEALTH MANAGEMENT,<br><br>Defendants. | CASE NO. 2:17-CV-00594-JAM-KJN<br><br>Hon. Judge John A. Mendez<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT, WITH PREJUDICE**<br><br>[Joint Stipulation and Request for Dismissal of Complaint, With Prejudice Filed Concurrently Herewith] |

[PROPOSED] ORDER

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

The Court, having considered the Joint Stipulation and Request for Dismissal of Complaint, with Prejudice, filed by Plaintiff Fidelity Brokerage Services LLC ("Fidelity") and Defendants John Nordstrom ("Nordstrom") and Innovation Wealth Management ("IWM") (collectively, "Defendants"), to dismiss in its entirety and with prejudice the parties and claims in the above-captioned matter, and good cause appearing therefore, hereby orders as follows:

1. Pursuant to Federal Rules of Civil Procedure (a)(1)(A)(ii) and (a)(2), the complaint filed in the captioned action by Fidelity against Defendants be dismissed with prejudice;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between Fidelity and Defendants, and to resolve any disputes relating to, or arising under, the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: May 22, 2017      /s/ John A. Mendez
                                            Hon. Judge John A. Mendez
                                            United States District Court Judge